UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISTVAN DIOSSY,

                Plaintiff,

- against -

MULLIGAN'S BEACH HOUSE BAR AND GRILL

                Defendant.

Docket No.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Istvan Diossy ("Diossy" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Mulligan's Beach House Bar and Grill ("Mulligan's" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted design, owned and registered by Diossy, a professional designer. Accordingly, Diossy seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Florida.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Diossy is a professional designer in the business of licensing his designs for a fee having a usual place of business at 545 S. Fort Lauderdale Beach Blvd, Unit 504, Fort Lauderdale, Florida 33316.

6. Upon information and belief, Mulligan's is a corporation duly organized and existing under the laws of the State of Florida, with a place of business at 14C Commercial Blvd, Lauderdale by the Sea, Florida 33308.

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Design**

7. Diossy created a design (the "Design"). A true and correct copy of the Design is attached hereto as Exhibit A.

8. Diossy is the author of the Design and has at all times been the sole owner of all right, title and interest in and to the Design, including the copyright thereto.

9. The Design was registered with United States Copyright Office and was given Copyright Registration Number VA 2-135-700.

**B. Defendant's Infringing Activities**

10. Defendant ran the designs on their hot sauce, salt, and pepper containers on clothing. See Exhibit B.

11. Defendant is selling the clothing on their website for $32.99 and $37.99.

12. Defendant did not license the Design from Plaintiff for its products and clothing, nor did Defendant have Plaintiff's permission or consent to publish the Design on its products and clothing.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
## (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

14. Defendant infringed Plaintiff's copyright in the Design by reproducing and publicly displaying the Design on its Products and Clothing. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Design.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant' profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Design, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Design in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant' profits, gains or advantages of any kind attributable to Defendant' infringement of Plaintiff's Design; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Miami, Florida
       October 4, 2019

                                          SANACHELIMA & ASSOCIATES, P.A.

                                          By: /s/ Chris Sanchelima
                                          Chris Sanchelima
                                          235 SW Le Jeune Road
                                          Miami, Florida 33134
                                          Direct: 305-447-1617
                                          Chris@Sanchelima.com

                                          LIEBOWITZ LAW FIRM, PLLC

                                          By: /s/Richard Liebowitz
                                                Richard P. Liebowitz
                                          11 Sunrise Plaza, Suite 305
                                          Valley Stream, NY 11580
                                          Tel: (516) 233-1660
                                          RL@LiebowitzLawFirm.com
                                          (*Pro Hac Vice Forthcoming*)

                                          *Attorneys for Plaintiff Istvan Diossy*