AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Istvan Diossy | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 19-CV-81356-RKA |
| Mulligan's Beach House Bar and Grill | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Mulligan's Beach House Bar and Grill- 14C Commercial Blvd, Lauderdale by the Sea, Florida 33308.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Chris Sanchelima, SANCHELIMA & ASSOCIATES, P.A.
235 SW Le Jeune Road
Miami, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   10/4/2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts