**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-81356-CIV-ALTMAN**

**ISTVAN DIOSSY,**

    *Plaintiff,*
**vs.**

**MULLIGAN'S BEACH HOUSE BAR AND GRILL,**

    *Defendant.*
_____/

**ORDER**

**THIS MATTER** comes *sua sponte* before the Court.

On December 23, 2019, the Court ordered [ECF No. 7] the Plaintiff to file a Motion for Clerk's Entry of Default by January 3, 2020. Failure to comply, the Court warned, "may result in dismissal without further notice." *Id.* On January 3, 2020, the Plaintiff responded by filing a document that he docketed as "Motion for Clerks Entry of Default" [ECF No. 8]. That document, however, was nothing more than an affidavit. *See id*. Rather than dismiss the case, the Court *sua sponte* extended the period within which the Plaintiff was required to file its motion to January 14, 2020. *See* [ECF No. 11]. This time, the Court made clear that "failure to file the" motion "**will** result in dismissal without further notice. *Id.* (emphasis added).

The Court's (extended) January 14 deadline came and went without any motion for the entry of clerk's default. Nor did the Plaintiff ever move for any extension of time within which to file that motion. Instead, on the January 14, 2020, the Plaintiff filed a motion for leave to file an amended complaint. *See* Motion for Leave [ECF No. 12]. Apparently, the Plaintiff has been suing the wrong defendant all along. *See id.*

Courts have an inherenty authority to control and regulate their dockets, including by dismissing case for violations of court orders. *See Martin v. Automobili Lamborghini Exclusive, Inc.*, 307 F.3d 1332, 1335 (11th Cir. 2002). Federal Rule of Civil Procedure 41 also grants courts an enumerated authority to dismiss an action for failing to comply with court orders. *See* FED. R. CIV. P. 41(b); *see also Goforth v. Owens*, 766 F. 2d 1533, 1535 (11th Cir. 1985).

Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that this case is **DISMISSED without prejudice** for failure to comply with Court orders. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of January 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record